IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
FEB 06 2013
Phil Lor... , Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-CR-018-CVE ) |
| GREGORY A. WEILER, II, | ) ) |
| Defendant. | ) |

## MOTION FOR DETENTION

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e), and hereby requests that the Court detain the defendant pending trial.

Respectfully submitted,

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

_Shannon Cozzoni for_
Matthew P. Cyran, OBA No. 16918
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700
matt.cyran@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2013, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

Counsel for Defendant

/s/ Shannon Cozzoni
Assistant United States Attorney