UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-CR-0018-CVE ) |
| GREGORY A. WEILER, II, | ) ) |
| Defendant. | ) |

### ORDER

The Court found defendant not guilty only by reason of insanity by non-jury trial on January 17, 2014. See 18 U.S.C. § 4242(b)(3). Defendant was committed to the Bureau of Prisons for placement in a suitable facility pursuant to 18 U.S.C. § 4243(a) and an evaluation was conducted, and a psychiatric or psychological report (Dkt. # 59) was filed with the Court pursuant to 18 U.S.C. § 4243(b). On July 1, 2014, the Court held a dangerousness hearing as required by 18 U.S.C. § 4243(c). Upon stipulation of both parties, the Court concluded that defendant had not met his burden under 18 U.S.C. § 4243(d) to prove that his release would not create a substantial risk of bodily injury to another person or serious damage to property of another due to a present mental disease or defect.

**IT IS THEREFORE ORDERED** that defendant is committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4243(e).

**DATED** this 1st day of July, 2014.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE