W/N
W/N

United States Federal Court
The Honorable Claire Eagan

**RECEIVED**

DEC 23 2020

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

United States of America,
 Plaintiff

        ) Case No: 13-CR-0018-CVE

    V

Gregory Arthur Wiler II,
 Defendant

---

July of 2019 was not the last annual risk assessment. The last one was St. Patricks Day, March of 2020. By Jones Smithfield Act they had 4 months to file it Claire and I am sorry but they did not. You cannot keep covering up for their lacklister activities and so since you didn't recieve it in 14 days anyways or if you did they probably lied & said it was July it still needed to be turned in by October to Roemke. Now if you are going to deny what that warrants, which is case dismissal, then you are a lawbreaker as a judge. I am sorry but if in 14 days I don't recieve a release order I am going to an appeals judge & your they are going to jail for medical malpractice & breaking the law.



Boston FSDC 02205-
WED 16 DEC 2020

RECEIVED
DEC 23 2020
Mark C. McCarthy
U.S. DISTRICT COURT

The Honorable Claire Egan
333 W. 4ᵗʰ St.
Room 411
Tulsa, OK 74103

M-106
4:13

Gregory G.A. Connors-Spice p/wu #
Pl. Devers Fmc
PO Box 879
Devers, MA 01434